PROB 12C
(7/93)

United States District Court

for the

Eastern District of Washington

Report Date: June 26, 2013

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 26 2013

SEAN F. McAVOY, CLERK
                    DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Mario Rosales-Farias  Case Number: 2:12CR00103-001

Address of Offender: MCC San Diego, 808 Union Street, San Diego, CA 92101

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Chief U. S. District Judge

Date of Original Sentence: 2/21/2013

| | | |
|---|---|---|
| Original Offense: | Alien in United States After Deportation, 8 U.S.C. § 1326(a) | |
| Original Sentence: | Prison - 6 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: 02/21/2013 |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: 02/20/2016 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1 & 2        **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

**Supporting Evidence**: On June 1, 2013, the offender was apprehended by U.S. Border Patrol agents within the international boundary of the United States. On June 3, 2013, the offender was named in a one-count criminal complaint, which charged: Deported Alien Found in the United States, in violation of 8 U.S.C. § 1326, in U.S. District Court for the Southern District of California, case number 13MJ2158. He appeared before a U.S. Magistrate Court Judge that same day and was ordered detained pending a preliminary hearing set for July 2, 2013.

Prob12C
Re: Rosales-Farias, Mario
June 26, 2013
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/26/2013

s/Shane Moore

Shane Moore
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

June 26, 2013
Date